SSS

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: __Bolton_____ __Gary_____ __E_____
      (Last)                      (First)               (Middle Initial)

Prisoner Number: __2120657__

Institutional Address: __2100 Napa Vallejo Hwy Napa Ca 94558-6293__

**FILED**
NOV 16 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Gary Eric Bolton SR__
(Enter your full name.)

vs.

__Ms Karen__
__Napa State Hospital__

(Enter the full name(s) of the defendant(s) in this action.)

Case No. __CV15 5238 LB__
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement __Hospital Napa State__

B. Is there a grievance procedure in this institution? YES ☑   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☑   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: __I talked to a private investigater on 10-20-15 time 1:25 I also wrote patients Rights 10-19-15. It is under investigation at this point.__

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: Ask a man staff to call the police because this women threatened me before with a needle.

3. Second formal level: Called and also wrote to patients rights about being treated unfair.

4. Third formal level: Called the news station then wrote a letter to the court house because I was victimized.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐   NO ☑

F. If you did not present your claim for review through the grievance procedure, explain why. I talked to the police and I wrote about it, I am waiting I also asked for a HIV test. I also am going to the Highest Leavel of appeal because I was pocked 3 times and I been Feeling Sick.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
Gary E. Bolton
2100 NAPA Vallejo Hwy
NAPA CA 94558-6293

B. For each defendant, provide full name, official position and place of employment.
Staff MS Karen
Physic Tech
Napa State Hospital
2100 NAPA Vallejo Hwy
NAPA CA, 94558
Sorry but these staff here dont give out there Full Name.

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 10-18-15 at 11:25 I made a Top Ramen Soup because I was hungry, Ms Karen said not to, I then told the Man staff to call the police because this women has threatened me before. Ms Karen then called Dator Pathan and Ms Karen stated the doctor ordered three injections. But staff are first to give a p.R.N. which was not offered. She was very violent and angry she then stuck me with three injection, and after the fact she said I threated her. I also talked to the Man staff and he did not here no threats. This lady had done this before she may have HIV because she really wanted to pock me. lorazepam, Benztropine, and Haloperidol three needle injections on 10-18-15. Medication is not a court order, but doctor Cosgrove Michael J has stated I will be here a long time because I wont take these three pills. Trazodone HCL, Risperidone, and chlorpromazine HCL.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

One Million Dollars

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 10-22-15                    /s/ Gary Eric Bolton SR
              Date                           Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

I am also trying to send the money for the court fees but these staff are not trying to help me they also wont sign. Mr Gary E. Bolton I cant wait to have my day in court. I am so tired of being shot and injected with needles. Bad drugs and also poison into my body. I feel sick and I do not feel the same, the same thing that was going on at martinez hospital is going on here also it was in the computer that I was in a state hospital when this is my first time. That proves that this is all a set up and my safety is at risk being stuck in here. These doctors are stateing this medication will help me think clear and they are also stateing I am going to be here a long time because I wont take it. This is all wrong I was being set up on the streets and it is clear to see I am still red flaged in the system. The injection they put in me kills older people why was it put in me now my body feels different and my nose keeps runing. I am very respectful to staff and for some reason all the female staff do not like me. The same things were going on one the streets people would threaten females by saying "stay away from him or els" so I had no friends. I have never killed anyone I have never tryed to kill anyone and I have nothing to hide or lie about. On the streets I had a porn problem because I new the people that hated me because of my yellow skin color would try and give me HIV. Then people tryed to have me killed because I watched to much porn but everywere I went I heard screaming sounds. Can you please get the 911 call records I made and also the video from the vallejo 80 Bus station 5-2-15 because the driver got threaten and I got put in jail by Richmond P.D. And I believe the captain or cheifs just retired. Someone payed to have me put in here.

Information Facts from Martinez jail computer.

I also would like it to be Noted I payed for my medical records wile I have been here and they also took money 1.10 and still no medical records. I also was loged into the system as being in a state hospital before I got here this is all a set up and it is clear and plan to see.                                                         Please call me ASAP

Starteing 11-3-15 I am also going to try and send 20⁰⁰ dollars each month to help pay for any court fees 707 255-9943

DEPARTMENT OF STATE HOSPITALS—NAPA
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558-6293

Mr. Corey E. Bolton

Honorable Clerk
450 Golden Gate Ave.
San Francisco, Ca 94102